**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

UNITED STATES OF AMERICA

v.                                                    NO.  EP-25-MJ-02290-MAT

NARALI AREVALO CASAY                    EP-25-CR-1660-LS


### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THIS COURT:

      Comes now, NARALI AREVALO CASAY, and respectfully files this notice of appeal of the judgment and sentence entered by the Court on June 27th, 2025.

                           Respectfully submitted,

                           ROBERT J. PEREZ
                           221 N. Kansas, Suite 1103
                           El Paso, Texas  79901
                           Tel No:  915-542-1222
                           Fax:  915-532-0904
                           rjperezlaw@yahoo.com

                           By:_____/s/_____
                           **ROBERT J. PEREZ**


### CERTIFICATE OF SERVICE

      I certify that a true copy of the above and foregoing Notice of Appeal was electronically delivered to Assistant U.S. Attorney Sarah Valenzuela at 700 E. San Antonio, Suite 200, El Paso, Texas, 79901 on this 10TH  day of July, 2025.

                          _____/s/_____
                          **ROBERT J. PEREZ**